# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Avery Joe Lail Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:18-cv-00337-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Cleveland Riddle | ) | |
| Mike Slagle | ) | |
| Kella J. Phillips, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order filed on January 15, 2019.

January 15, 2019

*[signature]*

Frank G. Johns, Clerk
United States District Court